**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FAIRLY ODD TREASURES, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Civil Action No.: 1:20-cv-01386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Shenkier

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 218 | wontfindbetter |
| 258 | Fine333 |
| 313 | zjchao123 |
| 317 | meeqii |
| 330 | Vruping |
| 336 | runaty |
| 347 | Mootea310 |
| 219 | yanhui48529 |
| 275 | BISOZER |

DATED:  May 8, 2020						Respectfully submitted,

							*/s/ Keith A. Vogt*
							Keith A. Vogt (Bar No. 6207971)
							Keith Vogt, Ltd.
							111 West Jackson Boulevard, Suite 1700
							Chicago, Illinois 60604
							Telephone: 312-675-6079
							E-mail: keith@vogtip.com

							***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 8, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt