IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FAIRLY ODD TREASURES, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Civil Action No.: 1:20-cv-01386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Shenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 88 | yinfangfang |
| 91 | ma na133456 |
| 97 | zoulili |
| 106 | sunlighter |
| 111 | huliyao |
| 250 | Jingtianwat |
| 252 | Ekuanfeng |
| 257 | Moveupstore |
| 263 | Sancoyr |
| 286 | yanmeerA |
| 466 | Al aire libre Store |
| 444 | V & V Outdoor Store |

| | |
|---|---|
| 447 | Outdoor Assistant Store |
| 464 | Loves Outdoor Store |
| 465 | Enjoying Exercise Store |
| 373 | Floating Castle |
| 374 | Graceful Dance |
| 375 | Bluenight Outdoors Store |
| 408 | Childrenhood Online Store |
| 480 | July's Outdoor Sporting Store |
| 531 | Ningbo Topfeng Houseware Co., Ltd. |
| 233 | Teblue |
| 288 | SuperLi |
| 273 | Yougeta |
| 546 | Wuxi Xinfda International Trading Corp. |
| 157 | aistulle |
| 274 | FRD Direct |

DATED: May 16, 2020  Respectfully submitted,

> */s/ Keith A. Vogt*
> Keith A. Vogt (Bar No. 6207971)
> Keith Vogt, Ltd.
> 111 West Jackson Boulevard, Suite 1700
> Chicago, Illinois 60604
> Telephone: 312-675-6079
> E-mail: keith@vogtip.com
>
> ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 16, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt