**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FAIRLY ODD TREASURES, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-01386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Shenkier

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 469 | Milcea Grobal Store |
| 170 | clearestcrystal |
| 235 | Shunzhen2017 |
| 9 | FIREBIRD International Company |
| 71 | lmb2016* |
| 75 | Day Up technology co.,ltd |
| 82 | lidewei |
| 107 | oldhorse |
| 129 | Mu Zao Jin E-commerce Co., Ltd. |
| 132 | lengfun |
| 133 | maiboshi |
| 246 | Cumax |
| 253 | Kupaoliu |
| 254 | Jinzoug |
| 148 | MINYU ONE |
| 409 | Rocksport Store |
| 10 | Zhiyuan Co., Ltd. |
| 283 | Saim's Store |

DATED: May 31, 2020                  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 31, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt