# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FAIRLY ODD TREASURES, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Civil Action No.: 1:20-cv-01386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Shenkier

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 318 | Meng Ran |
| 226 | Dreamhouse2015 |
| 243 | pikachu2018 |
| 14 | Lovin Clover |
| 94 | Ecoolbuy02 |
| 101 | Careforyou04 |
| 108 | Best price auctions |
| 135 | Lovelyhouse520 |
| 140 | Pinger jiayi |
| 142 | zxmaz |
| 222 | Topservicelimited |
| 20 | electronic_mall |

DATED: June 6, 2020                Respectfully submitted,

                                                                          */s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 6, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt