IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FAIRLY ODD TREASURES, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Civil Action No.: 1:20-cv-01386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Shenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 172 | electronichome2016 |
| 152 | 6godwater |
| 153 | 9enjoyshopping |
| 167 | careforyou123 |
| 173 | elektroniklieben66 |
| 182 | happyeasybuy04 |
| 202 | simitter02 |
| 204 | smttrade05 |
| 216 | welcomeacross9 |
| 237 | Fashion_show2017 |
| 178 | gelivable.2u |
| 155 | abala.coco |

| | |
|:---:|:---:|
| 161 | bag2ue6tte |
| 191 | newface11 |
| 208 | supermarket8882016 |
| 209 | taoyoumehgfd |
| 214 | topwardrobe2014 |
| 217 | wi3ndbre1aker |

DATED:  June 26, 2020                              Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 26, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt