IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FAIRLY ODD TREASURES, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Civil Action No.: 1:20-cv-01386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Shenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 492 | Keep-Running Store |
| 15 | Mega Save Wholesale & Retail |
| 81 | Rreenly |
| 4 | loverlyer |
| 84 | AngelCity123 |
| 90 | Seashell02 |
| 137 | Tayseddue589 |
| 144 | Zi bing zu chuan jin gu gao yao |
| 221 | zhangbaobao2013 |
| 245 | Venussports_outdoors |
| 255 | Thecute |
| 485 | Healthy lifestyle Outdoor Store |

| | |
|---|---|
| 363 | Going Sporting Store |
| 377 | Future Outdoor Store |
| 462 | Sportwear Dropshipping Store |
| 494 | YoungOutdoor Store |
| 239 | Gomo |
| 515 | Shenzhen Focalvalue Technology Co., Ltd. |

DATED:  July 6, 2020                                         Respectfully submitted,

>*/s/ Keith A. Vogt*
>Keith A. Vogt (Bar No. 6207971)
>Keith Vogt, Ltd.
>111 West Jackson Boulevard, Suite 1700
>Chicago, Illinois 60604
>Telephone: 312-675-6079
>E-mail: keith@vogtip.com
>
>***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 6, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt