IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FAIRLY ODD TREASURES, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Civil Action No.: 1:20-cv-01386

Judge Charles P. Kocoras

Magistrate Judge Sidney I. Shenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 207 | summerdog22 |
| 292 | creatYspace |
| 319 | NeanTak-us |
| 337 | Quanna |
| 344 | Cumtur-NA |
| 398 | Baby Funny Day Store |
| 418 | Baby's House Store |
| 425 | M2H outdoors Store |
| 451 | My Day Toy Store |
| 452 | Universal RC Store |
| 537 | Asgard Corp. |
| 64 | Fashionpark365 |

| | |
|---|---|
| 45 | Qingdao Shenghuajie machinery Co., LTD |

DATED:  July 18, 2020           Respectfully submitted,

                                             */s/ Keith A. Vogt*
                                             Keith A. Vogt (Bar No. 6207971)
                                             Keith Vogt, Ltd.
                                             111 West Jackson Boulevard, Suite 1700
                                             Chicago, Illinois 60604
                                             Telephone: 312-675-6079
                                             E-mail: keith@vogtip.com

                                             ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 18, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt